UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HELM HOBBS,<br><br>                                       Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>                                       Defendant. | Case No.: 21-cv-01700-JLS-JLB<br><br>**ORDER: (1) RECUSING FROM CASE; AND (2) REQUESTING REASSIGNMENT** |

Presently before the Court is the Complaint filed by Plaintiff Thomas Helm Hobbs and removed by Defendant Wells Fargo Bank, National Association. (ECF No. 1-2 at 2.) The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

**IT IS SO ORDERED.**

Dated: October 1, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge